IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

FREDDIE JOHNSON,                      :
                                      :
       Plaintiff,                     :
                                      :
v.                                    :     Civil Action No.
                                      :     2:26-CV-00092-RWS-AWH
EXPERIAN INFORMATION                  :
SOLUTIONS, INC. et al.,               :
                                      :
       Defendants                     :

## **ORDER**

Plaintiff, proceeding *pro se*, filed a Complaint against Defendants for violations of the Fair Credit Reporting Act and Fair Debt Collection Practices Act. Doc. 1. Plaintiff did not indicate the Division of Court in the caption of his Complaint, Doc. 1, but he apparently filed the Complaint in the Clerk's Office for the Gainesville Division, see Doc. 1-4, and this case has been assigned to the Gainesville Division. Plaintiff asserts venue in this District "because Plaintiff resides in this district, Defendant conducts business in this district, and communications giving rise to this action occurred in this district." See Doc. 1 ¶ 2. Plaintiff resides in Gwinnett County, see Doc. 1-3, which is in the Atlanta Division of the Northern District of Georgia, not the Gainesville Division. See Appendix A to Local Rules for the Northern District of Georgia, Appendix A-2.

1

Plaintiff is therefore **DIRECTED** to show cause **NO LATER THAN APRIL 23, 2026** why this case should not be transferred to the Atlanta Division for the Northern District of Georgia. If Plaintiff does not respond to this Order, the Court will transfer the case to the Atlanta Division.

The Clerk is directed to submit this matter to the undersigned Magistrate Judge at the expiration of the above-stated deadline.

**IT IS SO ORDERED** this 2nd day of April, 2026.

Anna W. Howard
United States Magistrate Judge

2