**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION**

**FREDDIE JOHNSON,**

     **Plaintiff,**

**v.**

**EXPERIAN INFORMATION
SOLUTIONS, INC.; MIDLAND
CREDIT MANAGEMENT, INC.,
I.C. SYSTEM, INC.,**

     **Defendants.**

**Civil No.: 2:26-cv-00092-SCJ-AWH**

**DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.'S
CONSENT MOTION FOR EXTENSION OF TIME TO ANSWER OR
<u>OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT</u>**

Defendant Experian Information Solutions, Inc., ("Experian"), by its attorneys and pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure, hereby moves this Court for an extension of time, through and including May 25, 2026, to answer or otherwise respond to the Complaint of Plaintiff Freddie Johnson, ("Plaintiff"). In support of its motion, Experian states as follows:

1.    On April 1, 2026, Plaintiff filed a Complaint against Experian in the United States District Court for the Northern District of Georgia.

2.    Experian was served with the Complaint on April 3, 2026. Experian's response is currently due April 24, 2026.

3.    Experian respectfully requests an extension up to and including May 25, 2026, to answer or otherwise plead to Plaintiff's Complaint, and to engage in settlement negotiations prior to Experian filing its answer or responsive pleading.

4.    Good cause exists for this request. The requested time would allow the Parties time to discuss the potential for early settlement to obviate the need for further pleading in this case. In the event the Parties are not able to resolve this matter, the extension will allow Experian time to complete its investigation and to prepare an appropriate response to Plaintiff's Complaint.

5.    This motion is made in good faith, not for purposes of delay, and granting it will not prejudice any party.

6.    This is Experian's first request for an extension of time.

7.    Experian's counsel conferred with Plaintiff by electronic mail on April 9, 2026, regarding the basis for this request and its need for an extension. Plaintiff responded by email and provided consent to the relief requested.

WHEREFORE, Defendant Experian Information Solutions, Inc. respectfully requests that the Court enter an Order providing Experian with an extension of time, up to and including May 25, 2026, to answer or otherwise respond to Plaintiff's Complaint.

Dated: April 14, 2026                    Respectfully submitted,

*/s/ Kearstin Harumi Sale*
Kearstin Harumi Sale, Esq.

2

Georgia Bar No. 650510
Troutman Pepper Locke LLP
600 Peachtree Street, NE, Suite 3000
Atlanta, GA 30308
Telephone:  404.885.3893
Facsimile:   404.885.3900
Email: kearstin.sale@troutman.com

*Counsel for Defendant*
*Experian Information Solutions, Inc.*

## CERTIFICATE OF LOCAL RULE 5.1(C) COMPLIANCE

I hereby certify that Experian Information Systems, Inc.'s Motion for Extension of Time has been prepared in Times New Roman 14-point font in accordance with Local Rule 5.1.

*/s/ Kearstin Harumi Sale*
Kearstin Harumi Sale, Esq.

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 14, 2026, I electronically filed a true and accurate copy of the foregoing with the Clerk of the court using the CM/ECF system, which will send a notice of electronic filing to all counsel of record. I further certify that a copy of the foregoing was sent via U.S. Mail to:

Freddie Johnson
2210 Golden Valley Dr.
Lawrenceville, GA 30043
freddieljohnsoniii@gmail.com
*Pro Se Plaintiff*

*/s/ Kearstin Harumi Sale*
Kearstin Harumi Sale, Esq.

*Counsel for Defendant*
*Experian Information Solutions, Inc.*