# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
## GAINESVILLE DIVISION

**FREDDIE JOHNSON,**

     **Plaintiff,**

**v.**

**EXPERIAN INFORMATION SOLUTIONS, INC.; MIDLAND CREDIT MANAGEMENT, INC., I.C. SYSTEM, INC.,**

     **Defendants.**

**Civil No.: 2:26-cv-00092-SCJ-AWH**

## [PROPOSED] ORDER ON EXPERIAN INFORMATION SOLUTIONS, INC.'S CONSENT MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT

Having reviewed Defendant Experian Information Solutions, Inc.'s Consent Motion for an Extension of Time to Respond to Plaintiff's Complaint, and good cause appearing, it is hereby **ORDERED AND ADJUDGED** that Defendant Experian Information Solutions, Inc.'s Motion is granted, and that Defendant Experian Information Solutions, Inc., shall have up to and including May 25, 2026 to respond to Plaintiff's Complaint.

     IT IS SO ORDERED.

Dated: _____

                                   _____
                                   Honorable Richard W. Story
                                   United States District Court Judge