**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**GAINESVILLE DIVISION**

| | |
|---|---|
| **FREDDIE JOHNSON,** | |
| **Plaintiff,** | |
| **v.** | **Civil No.: 2:26-cv-00092-SCJ-AWH** |
| **EXPERIAN INFORMATION SOLUTIONS, INC.; MIDLAND CREDIT MANAGEMENT, INC., I.C. SYSTEM, INC.,** | |
| **Defendants.** | |

**DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.'S**
**CERTIFICATE OF INTERESTED PERSONS AND**
**CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 3.3, the undersigned counsel of record for Defendant Experian Information Solutions, Inc. ("Experian") hereby submits the following Certificate of Interested Persons and Corporate Disclosure Statement. These disclosures are based upon the best available information known to Experian and its counsel as of the day of submission and are subject to supplementation.

**1.     The undersigned counsel of record certifies that the following is a full and complete list of all parties in this action, including any parent**

**corporation and any publicly held corporation that owns 10% or more of the stock of a party:**

    a)    Plaintiff Freddie Johnson;

    b)    Defendant Experian Information Solutions, Inc. Experian is a non-governmental corporate party. The ultimate parent company of Experian Information Solutions, Inc. is Experian plc. Experian plc owns one hundred percent (100%) of Experian Information Solutions, Inc. Experian plc is registered as a public company in Jersey, Channel Islands, and is publicly traded on the London Stock Exchange;

    c)    Midland Credit Management, Inc.;

    d)    I.C. SYSTEM, INC.;

2.    **The undersigned further certifies that the following is a full and complete list of all other persons, associations, firms, partnerships, or corporations having either a financial interest in or other interest which could be substantially affected by the outcome of this case:**

The following companies are the US-based subsidiaries of Experian plc that are not wholly owned:

    a)    Central Source LLC

    b)    New Management Services LLC

    c)     Online Data Exchange LLC

    d)     Opt-Out Services LLC

    e)     VantageScore Solutions LLC

**3.** **The undersigned further certifies that the following is a full and complete list of all persons serving as attorneys for the parties, including proposed intervenors, in this proceeding:**

    a)     Kearstin Harumi Sale and the law firm of TROUTMAN PEPPER LOCKE LLP, Attorneys for Defendant Experian Information Solutions, Inc.

    b)     Plaintiff Freddie Johnson, Pro Se Plaintiff.

    c)     As of the date of this filing, no counsel has made an appearance for Defendant Midland Credit Management, Inc.

    d)     As of the date of this filing, no counsel has made an appearance for Defendant I.C. SYSTEM, INC.

I hereby certify that, except as disclosed above, I am unaware of any actual or potential conflict of interest involving the district judge and magistrate judge assigned to this case and will immediately notify the Court in writing on learning of any such conflict.

Dated: April 14, 2026     Respectfully submitted,

            */s/ Kearstin Harumi Sale*
            Kearstin Harumi Sale, Esq.
            Georgia Bar No. 650510
            Troutman Pepper Locke LLP
            600 Peachtree Street, NE, Suite 3000
            Atlanta, GA 30308
            Telephone:  404.885.3893
            Facsimile:   404.885.3900
            Email: kearstin.sale@troutman.com

            *Counsel for Defendant*
            *Experian Information Solutions, Inc.*

4

5

## CERTIFICATE OF LOCAL RULE 5.1(C) COMPLIANCE

I hereby certify that Experian Information Systems, Inc.'s Certificate of Interested Persons and Corporate Disclosure Statement has been prepared in Times New Roman 14-point font in accordance with Local Rule 5.1.

/s/ Kearstin Harumi Sale
Kearstin Harumi Sale, Esq.

5

## CERTIFICATE OF SERVICE

I hereby certify that on April 14, 2026, I electronically filed a true and accurate copy of the foregoing with the Clerk of the court using the CM/ECF system, which will send a notice of electronic filing to all counsel of record. I further certify that a copy of the foregoing was sent via U.S. Mail to:

Freddie Johnson
2210 Golden Valley Dr.
Lawrenceville, GA 30043
freddieljohnsoniii@gmail.com
*Pro Se Plaintiff*

*/s/ Kearstin Harumi Sale*
Kearstin Harumi Sale, Esq.

*Counsel for Defendant*
*Experian Information Solutions, Inc.*

6