AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.   **2:26-CV-0092**

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for   Midland Credit Management, Inc.
was received by me on  **4/03/2026**:

☐   I personally served the **SUMMONS; COMPLAINT** on the individual at *(place)*  on *(date)* ; or

☐   I left the summons at the individual's residence or usual place of abode with *(name)* , a person of suitable age and discretion who resides there, on , and mailed a copy to the individual's last known address; or

☒   I served the summons on **Midland Funding, LLC**, who is designated by law to accept service of process on behalf of **Midland Credit Management, Inc.** at 675 Ponce de Leon Ave, NE, Atlanta, GA 30308 on **04/08/2026 at 1:50 PM**; or

☐    I returned the summons unexecuted because ; or

☐   Other *(specify)*

My fees are $ 0 for travel and **$ 88.00** for services, for a total of **$ 88.00**.

I declare under penalty of perjury that this information is true.

Date:  04/09/2026

*Server's signature*

**Julius Velasquez**
*Printed name and title*

**7350 Campbellton Road**
**Apt 704**
**ATLANTA, GA 30331**

*Server's address*

Additional information regarding attempted service, etc:

**I delivered the documents, SUMMONS; COMPLAINT,  to Midland Funding, LLC, REGISTERED AGENT with identity confirmed by e. smith. The individual accepted service with direct delivery. The individual appeared to be a bald black male contact 45-55 years of age, 6'0"-6'2" tall and weighing 240-300 lbs.**

FILED IN CLERK'S OFFICE
U.S.D.C. Gainesville

APR 15 2026

KEVIN P. WEIMER, Clerk
By: _____ Deputy Clerk





Tracking #: 0217498756

EFILED IN OFFICE
CLERK OF THE GEORGIA
STATE-WIDE BUSINESS COURT
**25-BCADMIN-0012**
DEC 31, 2025

HON. WILLIAM "BILL" HAMRICK, III
Georgia State-wide Business Court

# IN THE GEORGIA STATE-WIDE BUSINESS COURT

IN RE: ORDER OF APPOINTMENT
FOR PROCESS SERVICE IN 2026

ADMINISTRATIVE ORDER
NO. 25-BCADMIN-0012-BH

Having read and considered the applications, criminal records, and related materials submitted requesting appointment to serve process and papers in this Court for the calendar year 2026, the Court finds the following applicants meet the requirements and sufficient grounds exist for such appointment. For these reasons, it is **ORDERED** that the following individuals:

John G. Adams, Jr.
Dorothy O. Aguele
Antuan S. Aguirre
Raji T. Anuge
Stine Atuokwu
Kristopher K. Barnes
Donnie C. Briley
Leigh P. Brooks
Nikejha S. Brown
Kaden A. Bunch
Kim Bunch
Michael A. Chastain
Evan R. Chiaravalle-Hill
Laine M. Christian
Babette D. Cochrane
Charles Cotton
Danny D. Davidson
Mitchell T. Davidson
Zachia DeRoche
Jeffrey A. Dolbier
Andrew K. Drake
Sarah C. Durham
Kenneth Ejomarie
Maxine Evans
Ikechukwu J. Eziefula
Carmelo Felix, Jr.
Kirby T. Ferry

Anton D. Floyd
Lester L. Franzen
Elizabeth M. Galvin
Herbert F. Giles
Dante R. Gober
Viviana Gonzalez
Lamone S. Graham
Kimberly D. Greenway
La'chell C. Gresham
James P. Gribben
Jamie E. Gunnels
Matthew R. Gunnels
Mia R. Guthridge
D'wayne L. Hall
Ethan T. Hammock
Parks W. Harris
Sean P. Haven
Jessica N. Hawthorne
John S. Heery
Andrew Hicks, Sr.
Christopher E. Hill
Lisa W. Hill
James W. Hines, Jr.
Trenton T. Horne
Christopher T. Horton
Karen L. Houston Hollins
Karen Hunte

Jermarcus D. Hunter
Gbolabo M. Iyaniwura
Alec S. James
Frank H. James
Whitney M. Jones
Jobena H. Khalill
Zuri M. Lawson
Rachel N. Lindley
Skylar E. Lindley
Dale E. Lott, Jr.
Sherita M. Martin
Vonetta T. Martin
Rodney J. McClellan
Dana P. Meadows
Kevin J. Mitchell
Walter C. Nwalu
Ikemefune I. Okafor
Adedayo O. Okeowo
Rosanne E. Okorefe
Abraham O. Okoro
Emmanuel Omuvwie
Esther N. Onoyona
Latarsha N. Pace
William W. Page
Michael A. Palmer
Nayshunda O. Peeks
Andrea M. Pruitt

| | | |
|---|---|---|
| Rashiod T. Pruitt | Alesha L. Sistrunk | Chizuruoke O. Udi |
| Keshia N. Ramey | Norei C. Smith | Valentine O. Uwangue |
| Marcus L. Ransom | Marc A. Starks | Julius Velasquez |
| Derek L. Reddick | Paulette G. Thompson | China R. Wells |
| Jeanese R. Riley | Vanessa Thompson | Nan L. Winkelman |
| Shakilla T. Sanders | Mariah E. Tibbs | Shadae C. Yancey |
| Robin L. Saxon | Henry Tort | Sade L. Young |
| Virginia L. Saxon-Ford | Garry L. Tuttle | Keywanna L. Zackery |

be appointed and authorized to serve as a Process Server in the Georgia State-wide Business Court for the calendar year 2026 without the necessity of an order of appointment in each individual case. This Order only authorizes the foregoing individuals to serve process and papers in any matter pending before the Georgia State-wide Business Court.

IT IS SO ORDERED this __31__ day of December, 2025.

HON. WILLIAM "BILL" GRADY HAMRICK, III
Georgia State-wide Business Court Judge

*In Re: Order of Appointment for Process Service in 2026*
*Administrative Order No. 25-BCADMIN-0012-BH*

2