AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.    **2:26-CV-0092**

## PROOF OF SERVICE

### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

FILED IN CLERK'S OFFICE
U.S.D.C. - Gainesville

APR 15 2026

KEVIN P. WEIMER, Clerk
By: _____
Deputy Clerk

This summons for   **I.C. System, Inc.**
was received by me on  **4/03/2026:**

☐  I personally served the **Exhibit; Complaint; Summons** on the individual at *(place)*  on *(date)* ; or

☐  I left the summons at the individual's residence or usual place of abode with *(name)* , a person of suitable age and discretion who resides there, on , and mailed a copy to the individual's last known address; or

☒  I served the summons on **CT Corporation System, Registered Agent**, who is designated by law to accept service of process on behalf of **I.C. System, Inc.** at **1200 S Pine Island Rd, Plantation, FL 33324 on 04/03/2026 at 11:00 AM**; or

☐   I returned the summons unexecuted because ; or

☐  Other *(specify)*

My fees are $ 0 for travel and **$ 76.00** for services, for a total of **$ 76.00**.

I declare under penalty of perjury that this information is true.

Date:  04/03/2026

_____
*Server's signature*

**Daniel Cohen**
*Printed name and title*

**316 W 2nd St.**
**3rd Floor**
**Los Angeles, CA 90012**

_____
*Server's address*

Additional information regarding attempted service, etc:

**I delivered the documents, Exhibit; Complaint; Summons,  to CT Corporation System, Registered Agent. The individual appeared to be a brown-haired white female contact 45-55 years of age, 5'-5'4" tall and weighing 120-140 lbs.  Donna Moch mgr is the point of contact for this address**




Tracking #: 0216668836



**EXPIRES: 09/30/2026**

**Special Process Server**

**SPS 1551**

**DANIEL A COHEN**

| HGT | EYES | HAIR | DOB |
|---|---|---|---|
| 5' 10" | BROWN | GRAY | 05/04/1945 |

**NOT AN EMPLOYEE OF THE BROWARD SHERIFF'S OFFICE**

**BROWARD SHERIFF'S OFFICE**