IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

FREDDIE JOHNSON,                          :
                                          :
        Plaintiff,                        :
                                          :      CIVIL ACTION FILE NO.:
v.                                        :      2:26-CV-92-SCJ-AWH
                                          :
EXPERIAN INFORMATION                      :
SOLUTIONS, INC. et al.,                   :
                                          :
        Defendants.                       :

## **ORDER**

This case is before the Court on the Consent Motion For Extension Of Time To Answer Or Otherwise Respond To Plaintiff's Complaint filed by Experian Information Solutions, Inc. ("Experian"), Doc. 6, The motion is **GRANTED**, and Experian shall answer or otherwise respond to Plaintiff's Complaint **NO LATER THAN MAY 25, 2026.**

**IT IS SO ORDERED** this 15th day of April, 2026.

Anna W. Howard
United States Magistrate Judge