IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

IN RE: Lawsuits initiated by : 
FREDDIE JOHNSON

                                :

    Plaintiff.                 :

                                  :        CIVIL ACTION NOS.

                                  :        1:26-CV-2328-AT-RGV

                                  :        1:26-CV-2329-AT-RGV

                                  :        1:26-CV-2330-AT-RGV

                                  :

## ORDER

As a senior judge of the Northern District of Georgia, I decline assignment

of these cases.  The Clerk is directed not to substitute another case for these actions.

**SO ORDERED** this 1st day of May, 2026.

_____
**AMY TOTENBERG**
**UNITED STATES DISTRICT JUDGE**