**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**

FREDDY JOHNSON,

       Plaintiff,

v.

       Case No. 2:26-cv-2330

I.C. SYSTEM, INC.,
*et al.*,

       Defendants.      /

Defendant I.C. System, Inc., ("IC") by and through the undersigned counsel, make the

following disclosure pursuant to Fed.R.Civ.P. 7.1 and Local Rule 3.3 of the Northern District of

Geogia:

1. The name of each person, attorney, association of persons, firm, law firm, partnership, corporation, limited liability company, subsidiary, conglomerate, affiliate, member, and any other identifiable legal entity that has, or might have, an interest in the outcome of this action, including through any ownership however small of a party's shares or stock, as well as all other identifiable legal entities related to any party in the case:

- Freddy Johnson (Plaintiff)

- Experian Information Solutions, Inc. (Defendant)

- Midland Credit Management, Inc. (Defendant)

- Defendant I.C. System, Inc., is a privately-held corporation. No entity owns 10% of its stock.

2. A complete list of other persons, associations, firms, partnerships, or corporations having either a financial interest in or other interest which could be substantially affected by the outcome of this particular case:

   To the best of Defendant's knowledge, none.

3. A complete list of each person serving as a lawyer in this proceeding.

   Kearstin Harumi Sale (Counsel for Experian)
   Troutman Pepper Locke LLP

600 Peachtree St NE,
Ste 3000
Atlanta, GA 30308

Margaret Ames Filippini (Counsel for Midland Credit Mgmt.)
Balch & Bingham LLP
1901 6th Avenue North
Ste 1500
Birmingham, AL 35203

Joseph C. Proulx (Counsel for Defendant I.C. System, Inc.)
Martin Golden Lyons Watts Morgan, PLLC
410 South Ware Blvd., Suite 806
Tampa, Florida 33619

I hereby certify that, except as disclosed above, I am unaware of any actual or potential conflict of interest affecting the district judge or the magistrate judge assigned to this case, and I will immediately notify the Court in writing on learning of any such conflict.

/s/Joseph C. Proulx
Joseph C. Proulx
jproulx@mgl.law
Martin Golden Lyons Watts Morgan PLLC
410 Ware Boulevard, Suite 806
Tampa, Florida 33619
Main Line: (813) 251-3632
Counsel for Defendant I.C. System, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that on September 15, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF. I also certify that the foregoing document is being served this day on all counsel either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

I hereby certify that on the same date, the foregoing document is being served electronic mail to *pro se* Plaintiff Freddy Johnson at: freddieljohnsoniii@gmail.com.

/s/Joseph C. Proulx
Joseph C. Proulx, Esq.